UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VINCENT MCFADDEN, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No. 4:18-cv-1559-AGF |
| | ) |
| WILLIAM STANGE, | ) |
| | ) |
| Respondent. | ) |

## GOVERNMENT'S ENTRY OF APPERANCE

David Lieberman hereby enters his appearance on behalf of Intervenor United States of America.

Respectfully submitted,

MATTHEW R. GALEOTTI
Acting Assistant Attorney General

*/s/ David Lieberman*
DAVID LIEBERMAN #990413 (DC)
Trial Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Suite 1264
Washington, DC 20530
(202) 262-6805
david.lieberman@usdoj.gov

1

**Certificate of Service**

    I hereby certify that on December 23, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    All Attorneys of Record.

                                                      */s/ David Lieberman*
                                                      DAVID LIEBERMAN #990413 (DC)